UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Senta Reyes,

    Plaintiff,

v.

Dr. Patricia Bauer,

    Defendant.
_____/

Case No. 11-15267

Honorable Nancy G. Edmunds

## JUDGMENT

The Court has reviewed the pleadings and is fully informed in the premises. For the reasons stated in this Court's companion order granting Defendant's motion for summary judgment, the Court finds that there are no claims left in this case. The Court therefore DISMISSES this case, with prejudice.

So ordered.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: July 18, 2013

I